GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for ELISANDRO AMBRIZ-MUÑOZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>ELISANDRO AMBRIZ-MUÑOZ,<br><br>              Defendant. | CR. NO. 2:07-CR-0086-FCD<br><br>STIPULATION AND ORDER TO ADVANCE STATUS CONFERENCE AS TO ELISANDRO AMBRIZ- MUÑOZ FROM 7/21/08 TO 7/14/08 |

Defendant Elisandro Ambriz-Muñoz, through Gilbert A. Roque, his appointed counsel, and the United States of America, through Assistant United States Attorney Heiko P. Coppola, agree that the Status Conference set for July 21, 2008, at 10:00 a.m., be advanced to July 14, 2008, at 10:00 a.m., before the Honorable Frank C. Damrell, Jr., as to Elisandro Ambriz-Muñoz only.

Respectfully submitted,

DATED: July 2, 2008          /s/ Gilbert A. Roque
                             GILBERT A. ROQUE, Attorney for
                             ELISANDRO AMBRIZ-MUÑOZ, Defendant

DATED: July 2, 2008          /s/ Heiko P. Coppola
                             HEIKO P. COPPOLA
                             Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: July 2, 2008          _____
                             HONORABLE FRANK C. DAMRELL, JR.
                             United States District Judge